**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MEDAVAIL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10148<br>(Jointly Administered) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT INSURANCE SERVICES, INC.,<br><br>Defendant. | Adv. Pro. No. 26-50013 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUBBS, ALDERTON & MARKILES, LLP,<br><br>Defendant. | Adv. Pro. No. 26-50014 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v. | Adv. Pro. No. 26-50030 JKS |

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MedAvail Holdings, Inc. (2394) (Case No. 24-10148-JKS); (ii) MedAvail, Inc. (8795) (Case No. 24-10149-JKS); (iii) MedAvail Technologies (US), Inc. (4085) (Case No. 24-10150-JKS); (iv) MedAvail Pharmacy Inc. (5604) (24-10151-JKS); and (v) MedAvail Technologies, Inc. (9547) (Case No. 24-10152-JKS).

| | |
|---|---|
| BDO CONSULTING GROUP, LLC,<br><br>Defendant. | |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SQUIRE PATTON BOGGS US LLP,<br><br>Defendant. | Adv. Pro. No. 26-50023 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RSM US LLP,<br><br>Defendant. | Adv. Pro. No. 26-50028 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL PHARMACY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFLOW COMMUNICATIONS, INC.,<br><br>Defendant. | Adv. Pro. No. 26-50019 JKS |

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTIFEX SOFTWARE, INC.,<br><br>Defendant. | Adv. Pro. No. 26-50027 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRIME TECHNOLOGY GROUP, INC.,<br><br>Defendant. | Adv. Pro. No. 26-50024 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIFESCI ADVISORS, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50018 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EQUINITI TRUST COMPANY, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50015 JKS |

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BGSF PROFESSIONAL, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50017 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RIVERS & MOOREHEAD PLLC,<br><br>Defendant. | Adv. Pro. No. 26-50016 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MISTY MOUNTAIN TECHNOLOGIES INC.,<br><br>Defendant. | Adv. Pro. No. 26-50025 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RINGCENTRAL, INC.,<br>Defendant. | Adv. Pro. No. 26-50026 JKS |

NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JUNE 9, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)

**PRETRIAL CONFERENCES ADJOURNED WITH THE COURT'S PERMISSION**

**PLEASE TAKE NOTICE**, that the Pretrial Conferences scheduled in the above adversary proceedings for June 9, 2026 at 10:00 a.m., have been rescheduled to **July 16, 2026 at 2:30 p.m.,** with the permission of the Court.

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*

Seth A. Niederman, Esquire (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
(215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of MedAvail Holdings, Inc., et al.*

Dated: June 4, 2026

**CERTIFICATE OF SERVICE**

I, Seth A. Niederman, hereby certify that a true and correct copy of the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, on June 4, 2026, and on the parties on the attached service list via U.S. mail, first class and postage prepaid, unless electronic service is otherwise indicated, on June 4, 2026.

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)

**Equiniti Trust Company, LLC**

Equiniti Trust Company, LLC
Attn: Paul H. Kim
6201 15th Avenue
Brooklyn, NY 11219

Equiniti Trust Company, LLC
Attn: Paul H. Kim
28 Liberty Street, 53rd Floor
New York, NY 10005

Equiniti Trust Company, LLC
C/o Corporation Service Company
1160 Dublin Rd., Suite 400
Columbus, OH 43215

Erica Goodstein - erica.goodstein@equiniti.com
David Becker - david.becker@equiniti.com

**Stubbs Alderton & Markiles, LLP**

Stubbs Alderton & Markiles, LLP
Attn: Peter Saari, CEO; and David Tarica, CFO
15260 Ventura Boulevard, 21st Floor
Sherman Oaks, CA 91403

Stacy Newman - snewman@coleschotz.com

**Alliant Insurance Services, Inc.**

Alliant Insurance Services, Inc.
Attn: Greg Zimmer, CEO; and Ilene Anders, CFO
2415 E. Camelback Rd., Suite 950
Phoenix, AZ 85016

Alliant Insurance Services, Inc.
Attn: Greg Zimmer, CEO; and Ilene Anders, CFO
701 B Street, 6th Floor
San Diego, CA 92101

Alliant Insurance Services, Inc.
C/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Thomas Fullerton - thomas.fullerton@akerman.com

**Inflow Communications, Inc.**

Inflow Communications, Inc.
Attn: Dan Gill, CEO; and Dave Sullivan, CFO
9450 SC Gemini Dr. #54242
Beaverton, OR 97008
Inflow Communications, Inc.
Attn: Dan Gill, CEO; and Dave Sullivan, CFO
121 SW Morrison Street, Suite 600
Portland, OR 97204

Inflow Communications, Inc.
C/o National Registered Agents, Inc.
330 N. Brand Blvd.
Glendale, CA 91203

**Artifex Software, Inc.**

Artifex Software, Inc.
Attn: Jeong Hee Kim, CEO
1305 Grant Avenue, Suite 200
Novato, CA 94945

Artifex Software, Inc.
Attn: Christine Lee
39 Mesa Street, Suite 108A
San Francisco, CA 94129

**Prime Technology Group LLC**

Prime Technology Group LLC
Attn: Asaf Kharal, EVP; and Risabh Khemka
940 W. Valley Road, Suite 1500
Wayne, PA 19087

Prime Technology Group LLC
C/o The Delaware Registered Agent Company LLC
45 S. Shore Drive
Dover, DE 19901

Natasha Songonuga - nsongonuga@archerlaw.com
Jerrod Kulback - jkulback@archerlaw.com

**Squire Patton Boggs US LLP**

Squire Patton Boggs US LLP
Attn: Mark Ruehlmann, Chair and Global CEO
1000 Key Tower
127 Public Square
Cleveland, OH 44114

Squire Patton Boggs US LLP
C/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604-1101

Kelly Singer - kelly.singer@squirepb.com
Sarah Conley - sarah.conley@squirepb.com

**LifeSci Advisors, LLC**

LifeSci Advisors, LLC
Attn: Andrew McDonald, CEO
250 W. 55th St. – 34th Floor
New York, NY 10019

LifeSci Advisors, LLC
Attn: Andrew McDonald, CEO
1700 Broadway, 40th Floor
New York, NY 10019

LifeSci Advisors, LLC
Attn: Andrew McDonald, CEO
1755 Ocean Avenue, #704
Santa Monica, CA 90401

**BGSF Professional, LLC**

BGSF Professional, LLC
Attn: Keith Schroeder and Kelly Brown
P.O. Box 660282
Dallas, TX 75266

BGSF Professional, LLC
Attn: Keith Schroeder and Kelly Brown
5850 Granite Parkway, Suite 730
Plano, TX 75024

BGSF Professional, LLC
C/o CSC – Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, MD 21202

**Rivers & Moorehead PLLC**

Rivers & Moorehead PLLC
Attn: Steven M. Rivers
398 S. Mill Avenue, Suite 307
Tempe, AZ 85281

James Tobia - jtobia@tobialaw.com

**BDO Consulting Group**

BDO Consulting Group
Attn: Wayne Berson, CEO; and Lynn Calhoun, CFO
90 Woodbridge Center, 4th Floor
Woodbridge, NJ 07095

BDO Consulting Group
Attn: Wayne Berson, CEO; and Lynn Calhoun, CFO
5300 Patterson Ave, SE, 100
Grand Rapids, MI 49512

BDO Consulting Group
C/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

Kim Newmarch - knewmarch@bdo.com
Brandon White - bqwhite@bdo.com

**RSM US LLP**

RSM US LLP
Attn: Brian Becker, CEO; and Jiten, Shah, CFO
One Atlantic Center
1201 W. Peachtree St. NW, Suite 800
Atlanta, GA 30309
Allison McDonald - allison.mcdonald@rsmus.com

RSM US LLP
Attn: Brian Becker, CEO; and Jiten, Shah, CFO
30 S. Wacker Dr., Suite 3300
Chicago, IL 60606

RSM US LLP
Attn: Brian Becker, CEO; and Jiten, Shah, CFO
333 Thornall St., Sixth Floor
Edison, NJ 08837

RSM US LLP
Attn: Brian Becker, CEO; and Jiten, Shah, CFO
2811 Ponce de Leon Blvd, Suite 820
Coral Gables, FL 33134

RSM US LLP
C/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

**RingCentral**
Gina Quinonez - gina.quinonez@ringcentral.com
Kastasha Williams - kastasha.williams@ringcentral.com
Seif Ammus - seif.ammus@ringcentral.com

**Misty Mountain Technologies Inc. (FOREIGN)**

Misty Mountain Technologies Inc.
Attn: Julie Anstey and Kevin Anstey
2302 Vista Oak Drive
Oakville, ON L6M 3L6
Canada

Misty Mountain Technologies Inc.
Attn: Julie Anstey and Kevin Anstey
678 Holly Ave
Milton, ON L9T0G2
Canada

James Tobia - jtobia@tobialaw.com