**UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MEDAVAIL HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10148 (JKS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP<br><br>Defendant. | Adv. Pro. No. 26-50014 (JKS) |

**CERTIFICATION OF COUNSEL REGARDING FOURTH STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Seth A. Niederman, hereby certifies as follows:

1. I am a partner with the law firm of Fox Rothschild LLP, which represents Alfred T. Giuliano (the "Trustee" or "Plaintiff"), Chapter 7 trustee for the estate of MedAvail Holdings, Inc.

*2.* On January 30, 2026, Plaintiff filed the *Complaint of Alfred T. Giuliano, Chapter 7 Trustee for MedAvail Holdings, Inc., to Avoid and Recover Transfers and Disallow Claims,*

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MedAvail Holdings, Inc. (2394) (Case No. 24-10148-JKS); (ii) MedAvail, Inc. (8795) (Case No. 24-10149-JKS); (iii) MedAvail Technologies (US), Inc. (4085) (Case No. 24-10150-JKS); (iv) MedAvail Pharmacy Inc. (5604) (24-10151-JKS); and (v) MedAvail Technologies, Inc. (9547) (Case No. 24-10152-JKS).

*Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550* (the "Complaint") against STUBBS ALDERTON & MARKILES, LLP (the "Defendant", and together with the Trustee, the "Parties") [D.I. 1].

3. Initially, the deadline for the Defendant to answer or otherwise respond to the Complaint was May 22, 2026.

4. On May 20, 2026, the Parties filed the *Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Complaint* (the "First Stipulation") [D.I. 5], memorializing the Parties' agreement to extend the deadline for the Defendant to answer or otherwise respond to the Complaint by twenty-eight (28) days, until June 19, 2026.

5. On June 19, 2026, the Parties filed a Certification of Counsel Regarding Second Stipulation Extending Time For Defendant To Answer Or Otherwise Respond To Complaint [D.I. 7] and the *Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Complaint* (the "Second Stipulation") [D.I. 7], memorializing the Parties' agreement to extend the deadline for the Defendant to answer or otherwise respond to the Complaint until July 20, 2026.

6. On June 22, 2026 the Court entered an *Order Approving Second Stipulation Extending Time For Defendant To* Answer *Or Otherwise Respond To Complaint* [D.I. 8], which extended Defendant's time to answer or otherwise respond to the Complaint until July 20, 2026.

7. On July 20, 2026, the Parties filed a Certification of Counsel Regarding Third Stipulation Extending Time For Defendant To Answer Or Otherwise Respond To Complaint [D.I. 10] and the *Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Complaint* (the "Third Stipulation") [D.I. 10], memorializing the Parties' agreement to extend the deadline for the Defendant to answer or otherwise respond to the Complaint until August 19, 2026.

8. On July 21, 2026 the Court entered an *Order Approving Third Stipulation Extending Time For Defendant To* Answer *Or Otherwise Respond To Complaint* [D.I. 11], which extended Defendant's time to answer or otherwise respond to the Complaint until August 19, 2026.

9. The Parties have now memorialized an agreement to further extend the response deadline for an additional sixty (60) days, through and including October 19, 2026, by way of the stipulation attached as **Exhibit 1** to the proposed order attached hereto as **Exhibit A** (the "Fourth Stipulation").

10. Except as specifically set forth herein and in the Fourth Stipulation, all rights, claims and defenses of the Parties shall be fully preserved.

11. It is respectfully requested that the Court approve the Fourth Stipulation and enter the proposed form of Order attached hereto as **Exhibit A**.

12. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*By: /s/ Seth A. Niederman*

Seth A. Niederman, Esquire (No. 4588)
**FOX ROTHSCHILD LLP**
1201 N. Market Street, Suite 1200
Wilmington, DE 19801-3046
Tel. (302) 427-5512/Fax (302) 622-8920
sniederman@foxrothschild.com

*Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of MedAvail Holdings, Inc., et al.*

Dated: August 14, 2026