# **Exhibit A**

## Proposed Order

**UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MEDAVAIL HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10148 (JKS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP<br><br>Defendant. | Adv. Pro. No. 26-50014 (JKS)<br><br>Related D.I. ___ |

**ORDER APPROVING FOURTH STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Upon consideration of the *Certification of Counsel Regarding Fourth Stipulation Extending the Time For Defendant to Answer or Otherwise Respond to Complaint* (the "Certification")[2] and the Fourth Stipulation; and the Court having determined that good and adequate cause exists for approval of the Third Stipulation; and the Court having determined that no further or other notice of the Fourth Stipulation need be given, it is hereby ORDERED that:

1. The Fourth Stipulation attached hereto as **Exhibit 1** is approved.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MedAvail Holdings, Inc. (2394) (Case No. 24-10148-JKS); (ii) MedAvail, Inc. (8795) (Case No. 24-10149-JKS); (iii) MedAvail Technologies (US), Inc. (4085) (Case No. 24-10150-JKS); (iv) MedAvail Pharmacy Inc. (5604) (24-10151-JKS); and (v) MedAvail Technologies, Inc. (9547) (Case No. 24-10152-JKS).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Certification.

2. The Defendant's time to answer or otherwise respond to the Complaint be and hereby is extended through and including October 19, 2026, without prejudice to seek further extensions.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# **Exhibit 1**

## Fourth Stipulation

**UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MEDAVAIL HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10148 (JKS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP<br><br>Defendant. | Adv. Pro. No. 26-50014 (JKS) |

**FOURTH STIPULATION EXTENDING TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Alfred T. Giuliano (the "Trustee"), Chapter 7 trustee for the estate of MEDAVAIL HOLDINGS, INC., (the "Debtor"), by and through his attorneys, Fox Rothschild LLP, and STUBBS ALDERTON & MARKILES, LLP (the "Defendant"), by and through its attorneys, Cole Schotz P.C., hereby stipulate and agree that the Defendant's time to answer or otherwise move with regard to the *Complaint of Alfred T. Giuliano, Chapter 7 Trustee for MedAvail Technologies, Inc., to Avoid and Recover Transfers and Disallow Claims, Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550* (the "Complaint") be and hereby is extended through and including October 19, 2026, without prejudice to seek further extensions.

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MedAvail Holdings, Inc. (2394) (Case No. 24-10148-JKS); (ii) MedAvail, Inc. (8795) (Case No. 24-10149-JKS); (iii) MedAvail Technologies (US), Inc. (4085) (Case No. 24-10150-JKS); (iv) MedAvail Pharmacy Inc. (5604) (24-10151-JKS); and (v) MedAvail Technologies, Inc. (9547) (Case No. 24-10152-JKS).

| | |
|---|---|
| **FOX ROTHSCHILD LLP**<br>Attorneys for Alfred T. Giuliano, Chapter 7 Trustee and Plaintiff<br><br>By: *<u>/s/ Seth A. Niederman</u>*<br>Seth A. Niederman, Esquire (No. 4588)<br>1201 N. Market Street, Suite 1200<br>Wilmington, DE 19801-3046<br>Tel. (302) 427-5512/Fax (302) 622-8920<br>sniederman@foxrothschild.com | **COLE SCHOTZ P.C.**<br>Attorneys for Stubbs Alderton & Markiles, LLP<br><br>By: *<u>/s/ Stacy L. Newman</u>*<br>Stacy L. Newman, Esquire (No. 5044)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Tel. (302) 651-2001<br>snewman@coleschotz.com |

Dated: August 14, 2026