**UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MEDAVAIL HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10148 (JKS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP<br><br>Defendant. | Adv. Pro. No. 26-50014 (JKS)<br><br>Related D.I. 12 |

**ORDER APPROVING FOURTH STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Upon consideration of the *Certification of Counsel Regarding Fourth Stipulation Extending the Time For Defendant to Answer or Otherwise Respond to Complaint* (the "Certification")[2] and the Fourth Stipulation; and the Court having determined that good and adequate cause exists for approval of the Third Stipulation; and the Court having determined that no further or other notice of the Fourth Stipulation need be given, it is hereby ORDERED that:

1. The Fourth Stipulation attached hereto as **Exhibit 1** is approved.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MedAvail Holdings, Inc. (2394) (Case No. 24-10148-JKS); (ii) MedAvail, Inc. (8795) (Case No. 24-10149-JKS); (iii) MedAvail Technologies (US), Inc. (4085) (Case No. 24-10150-JKS); (iv) MedAvail Pharmacy Inc. (5604) (24-10151-JKS); and (v) MedAvail Technologies, Inc. (9547) (Case No. 24-10152-JKS).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Certification.

2. The Defendant's time to answer or otherwise respond to the Complaint be and hereby is extended through and including October 19, 2026, without prejudice to seek further extensions.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 17th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**



188830226.1