# **Exhibit 1**

## **Fourth Stipulation**

**UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MEDAVAIL HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10148 (JKS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP<br><br>Defendant. | Adv. Pro. No. 26-50014 (JKS) |

**FOURTH STIPULATION EXTENDING TIME FOR DEFENDANT**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Alfred T. Giuliano (the "Trustee"), Chapter 7 trustee for the estate of MEDAVAIL HOLDINGS, INC., (the "Debtor"), by and through his attorneys, Fox Rothschild LLP, and STUBBS ALDERTON & MARKILES, LLP (the "Defendant"), by and through its attorneys, Cole Schotz P.C., hereby stipulate and agree that the Defendant's time to answer or otherwise move with regard to the *Complaint of Alfred T. Giuliano, Chapter 7 Trustee for MedAvail Technologies, Inc., to Avoid and Recover Transfers and Disallow Claims, Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550* (the "Complaint") be and hereby is extended through and including October 19, 2026, without prejudice to seek further extensions.

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MedAvail Holdings, Inc. (2394) (Case No. 24-10148-JKS); (ii) MedAvail, Inc. (8795) (Case No. 24-10149-JKS); (iii) MedAvail Technologies (US), Inc. (4085) (Case No. 24-10150-JKS); (iv) MedAvail Pharmacy Inc. (5604) (24-10151-JKS); and (v) MedAvail Technologies, Inc. (9547) (Case No. 24-10152-JKS).

| **FOX ROTHSCHILD LLP**<br>Attorneys for Alfred T. Giuliano, Chapter 7 Trustee and Plaintiff<br><br>By: *\/s/ Seth A. Niederman*<br>Seth A. Niederman, Esquire (No. 4588)<br>1201 N. Market Street, Suite 1200<br>Wilmington, DE 19801-3046<br>Tel. (302) 427-5512/Fax (302) 622-8920<br>sniederman@foxrothschild.com | **COLE SCHOTZ P.C.**<br>Attorneys for Stubbs Alderton & Markiles, LLP<br><br>By: */s/ Stacy L. Newman*<br>Stacy L. Newman, Esquire (No. 5044)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Tel. (302) 651-2001<br>snewman@coleschotz.com |
|---|---|

Dated: August 14, 2026