**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MEDAVAIL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10148<br>(Jointly Administered) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT INSURANCE SERVICES, INC.<br><br>Defendant. | Adv. Pro. No. 26-50013 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SQUIRE PATTON BOGGS US LLP,<br><br>Defendant. | Adv. Pro. No. 26-50023 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP<br><br>Defendant. | Adv. Pro. No. 26-50014 JKS |

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MedAvail Holdings, Inc. (2394) (Case No. 24-10148-JKS); (ii) MedAvail, Inc. (8795) (Case No. 24-10149-JKS); (iii) MedAvail Technologies (US), Inc. (4085) (Case No. 24-10150-JKS); (iv) MedAvail Pharmacy Inc. (5604) (24-10151-JKS); and (v) MedAvail Technologies, Inc. (9547) (Case No. 24-10152-JKS).

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MISTY MOUNTAIN TECHNOLOGIES INC.,<br><br>Defendant. | Adv. Pro. No. 26-50025 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIFESCI ADVISORS, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50018-JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>EQUINITI TRUST COMPANY, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50015-JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL PHARMACY INC.<br><br>Plaintiff,<br><br>v.<br><br>INFLOW COMMUNICATIONS, INC., | Adv. Pro No. 26-50019 JKS |

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL, INC.,<br><br>Plaintiff,<br>v.<br><br>BGSF PROFESSIONAL, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50017 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>PRIME TECHNOLOGY GROUP INC.,<br><br>Defendant. | Adv. Pro. No. 26-50024 JKS |
| ALFRED T. GIULIANO, Chapter 7 Trustee for MEDAVAIL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RIVERS & MOOREHEAD, PLLC,<br><br>Defendant. | Adv. Pro. No. 26-50016 JKS |

NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
SEPTEMBER 23, 2026 AT 3:00 P.M. (PREVAILING EASTERN TIME)

HEARING CANCELLED WITH THE COURT'S PERMISSION

MATTERS UNDER CERTIFICATION OF NO OBJECTION/RESOLVED MATTERS

1. First and Final Application for Compensation and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee [Docket No. 332; Filed on August 20, 2026]

Response Deadline: September 10, 2026 at 4:00 p.m.

Related Documents:

A. Certification of No Objection [Docket No. 338; Filed on September 11, 2026]

B. Order Approving First and Final Application for Compensation and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee [Docket No. 339; Filed on August 20, 2026]

Status: Order has been entered.

2. Motion for an Order Approving the Resolution of the Avoidance Claim Against Inflow Communications, Inc., Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 337/ 9; Filed on September 15, 2026]

Response Deadline: September 15, 2026 at 4:00 p.m.

Related Documents:

A. Proposed Order Approving Motion for an Order Approving the Resolution of the Avoidance Claim Against Inflow Communications, Inc., Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 337-1/9-2; Filed on September 15, 2026]

B. Certification of No Objection [Docket No. 341/ 11 ; Filed on September 20, 2026]

Status: Certification of No Objection has been filed.

3. PRETRIAL CONFERENCES

a. Notices of Dismissal have been filed in the following adversary proceedings:

Alfred T. Giuliano v. BDO Consulting Group, LLC – Adv. No. 26-50030
Alfred T. Giuliano v. RSM US LLP – Adv. No. 6-50028
Alfred T. Giuliano v. RingCentral, Inc. – Adv. No. 26-50026
Alfred T. Giuliano v. Artifex Software, Inc. – Adv. No. 26-50027

b. Orders approving 9019 settlement motions have been entered in the following adversary proceedings: The Trustee is preparing Notices of Dismissal for filing with the Court:

Alfred T. Giuliano v. Misty Mountain Technologies Inc. – Adv. No. 26-50025
Alfred T. Giuliano v. Equiniti Trust Company, LLC – Adv. No. 26-50015
Alfred T. Giuliano v. Rivers & Moorehead, PLLC – Adv. No. 26-50016
Alfred T. Giuliano v. LifeSci Advisor, LLC – Adv. No. 26-50018

c. The following adversary proceedings remain pending and the pretrial conferences for these matters have been adjourned to November 3, 2026 at 11:00 a.m.:

Alfred T. Giuliano v. Alliant Insurance Services, Inc. – Adv. No. 26-50013
Alfred T. Giuliano v. Stubbs Alderton & Markiles, LLP
Alfred T. Giuliano v. Squire Patton Boggs US LLP – Adv. No. 26-50023
Alfred T. Giuliano v. Prime Technology Group, Inc. – Adv. No. 26-50024
Alfred T. Giuliano v. BGSF Professional, LLC – Adv. No. 26-50017

d. The following adversary proceeding remains open. A 9019 settlement motion was filed and a Certification of No Objection has been filed as noted above.

Alfred T. Giuliano v. Inflow Communications, Inc. – Adv. No. 26-50019

Status: The pretrial conference on this matter has been adjourned to November 3, 2026 at 11:00 a.m.

*(Signature page follows)*

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Matthew A. Skolnick, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
(215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of MedAvail Holdings, Inc., et al.*

Dated: September 21, 2026

**CERTIFICATE OF SERVICE**

I, Seth A. Niederman, hereby certify that a true and correct copy of the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, on September 21, 2026.

*/s/ Setha A. Niederman*
Seth A. Niederman (DE No 4588)